IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00899-LTB

PRESTON MICHAEL COUSETT,

     Plaintiff,

v.

CORRECTIONAL CORPORATION OF AMERICA, actually named as C.C.A.,

     Defendants.

_____

JUDGMENT

_____

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on May 9, 2013, it is hereby

     ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

     DATED at Denver, Colorado, this 9 day of May, 2013.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/J. Hawkins
                             Deputy Clerk